**MIKE'S TRAIN HOUSE, INC., Plaintiff–Appellant,**

v.

**BROADWAY LIMITED IMPORTS, LLC and Robert Grubba, Defendants–Appellees.**

No. 2012–1311.

United States Court of Appeals, Federal Circuit.

April 8, 2013.

Brian E. Ferguson, Weil Gotshal & Manges LLP, of Washington, DC, argued for plaintiff-appellant.

J. Wiley Horton, Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., of Tallahassee, FL, argued for defendants-appellees. Of counsel was Adrienne C. Love.

DYK, MAYER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**